IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS PERRY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> US MARSHALS SERVICE, et al., ) <br> ) <br> Defendants. ) | CASE NO. 2:21-CV-820-WHA-KFP <br> (WO) |

# **ORDER**

On February 17, 2022, the Magistrate Judge filed a Recommendation (Doc. 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 5) is ADOPTED.

2. Any pending motions are DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Orders.

A final judgment will be entered separately.

DONE this 23rd day of March, 2022.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE